THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ORGANO GOLD INT'L, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUSSIE RULES MARINE SERVICES, LTD., a foreign corporation; GREG NORMAN, a Florida resident, and ABG-SHARK, LLC, a Delaware limited liability company,<br><br>Defendants. | NO. 2:18-cv-00108-JLR<br><br>STIPULATED MOTION FOR ORDER<br><br>Note on Calendar:<br>March 7, 2018 |

## STIPULATION

Defendants' filed their Motion to Dismiss or, Alternatively Motion to Transfer Venue on February 20, 2018 (DKT. No. 8). The Motion is currently noted for March 16, 2018. During the time in which Plaintiff has to prepare their Response, Plaintiff's General Counsel is on a long-planned vacation for two weeks and Plaintiff's lead counsel is also on a planned one week vacation, and are unable to participate in preparing the Response.

Therefore, the parties stipulate to continuing the noting date to April 6, 2018, and for Defendants' to file their Response to Plaintiff's Motion to Dismiss to March 30, 2018. *[handwritten initials]*

Dated this 7th day of March, 2018.          Dated this 7th day of March, 2018.

TOUSLEY BRAIN STEPHENS PLLC              STOEL RIVES, LLP

By: /s/ Kevin A. Bay                             By: /s/ James M. Shore

STIPULATED MOTION FOR ORDER
(2:18-cv-00108-JLR) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | Kevin A. Bay, WSBA #19821<br>kbay@tousley.com | James M. Shore, WSBA #28095<br>jim.shore@stoel.com |
| 2 | James Bulthuis, WSBA #44089<br>jbulthuis@tousley.com | |
| 3 | | *Admitted Pro Hac Vice* |
| 4 | ***Attorneys for Plaintiff Organo Gold Int'l, Inc.*** | BILZIN SUMBERG BAENA PRICE |
| 5 | | By: /s/ *Jose M. Ferrer* |
| 6 | | Jose M. Ferrer, Florida Bar #173746<br>jferrer@blizin.com |
| 7 | | |
| 8 | | ***Attorneys for Defendants Aussie Marine Services, Ltd, Greg Norman, ABG-Shark, LLC*** |

**ORDER**

Based on the foregoing Stipulation of the parties, the Court finds there is good cause to continue the noting date. THEREFORE, the stipulated motion is GRANTED. This matter shall be continued to April 6, 2018. Plaintiff shall file its response by March 30, 2018.

DATED this 7th day of March, 2018.

_____
The Honorable James L. Robart

STIPULATED MOTION FOR ORDER
(2:18-cv-00108-JLR) - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 7th day of March, 2018.

/s/ Kevin A. Bay
Kevin A. Bay, WSBA #19821
kbay@tousley.com
Attorneys for Plaintiff
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel:   206.682.5600
Fax:   206.682.2992

5881/006/494299.1

STIPULATED MOTION FOR ORDER
(2:18-cv-00108-JLR) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992