# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ORGANO GOLD INT'L, INC., | CASE NO. C18-0108JLR |
| Plaintiff, | SHOW CAUSE MINUTE ORDER |
| v. | |
| AUSSIE RULES MARINE SERVICES, LTD., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by April 12, 2018, why this action should not be dismissed for failing to comply with Order requiring Status Report signed February 8, 2018 and due March 15, 2018. Absent a timely response to this Order, the

//

//

MINUTE ORDER - 1

action SHALL BE DISMISSED without prejudice.

Filed and entered this 2nd day of April, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2